FILED - GR
September 28, 2011 1:11 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: mkc / _____ SCANNED BY: AMD / 9-30

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Matthew-Joseph: Crehan
_____

_____
                        Plaintiff(s)      Case No. ___

1:11-cv-1038
Paul L. Maloney, Chief Judge
U.S. District Judge

vs.
James Davis, State of Michigan
Norton Shores, Central Towing
Services. LLC. & Edward L. Higgins,

Norton Shores, Central Towing
Services. LLC. & Edward L. Higgins.
                        Defendant(s)

## AFFIDAVIT OF FINANCIAL STATUS

The undersigned, with knowledge that there are criminal penalties for false statements, makes the following statements regarding marital status, residence, employment and financial status:

I.    MARITAL STATUS:
       a. Single  X    Married ____    Separated ____    Divorced ____
       b. Dependents:  Spouse____    Children, No. ____    Others, No. ____

II.   RESIDENCE:
      Your address: Street  1104 Englewood Avenue

      City  Muskegon    State  MI    Zip Code  49441

      Telephone  616-438-2700

III.  EMPLOYMENT:

      Are you now employed?  Yes ____  No  X

      If now employed:  Name of Employer _____

How long have you been employed by present employer? _____

Income:   Monthly $ _____Weekly $ _____

What is your job? _____

Other Income  Pension $168.48/month

IV.  FINANCIAL STATUS:

1. Owner of real property:   Yes  X   No \_\_\_

    a. Description  House

    b. Address  1104 Englewood Avenue

    c. In whose name  Matthew J. Crehan

    d. Estimated value  80,000

    e. Total amount owed  $ 77,000   To whom  Bank of America

    f. Annual income from property  -0-

2. Other property

    a. Automobile: Make  none   Year _____

    b. In whose name registered _____

    c. Present value of car  $ _____

    d. Amount owed $ _____

3. Cash on hand:  $ 65.00

    a. Cash in banks and savings and loan associations

       $ 300.00

    b. Names and addresses of banks and associations
       Huntington Bank  221 W. Webster Ave., Muskegon, MI  49440

4. Obligations:

   a. Monthly rental on house or apartment    $ -0-

   b. Mortgage payments on house (monthly)    $ _____

   c. Other debts:

   | To whom owed | Amount |
   |---|---|
   | Citibank | 7,000 approx. |
   | Merrick Bank | 1,500 approx. |
   | First Bankcard Center | 8,000 approx. |
   |  |  |
   |  |  |

   Total monthly payments on debts:    $ _____

5. Other information pertinent to your financial status:

   (Include stocks, bonds, savings bonds, interests in trusts, either owned or jointly owned, ADC, unemployment, social security, or other. Please specify which.)

I declare under the penalty of perjury that the foregoing is true and correct.

9/28/11  *Matthew Joseph Cehr Sr Sr*
         *w/o p-[illegible] of return*