| | | |
|---|---|---|
| DATE: | 9/28/11 | UNITED STATES DISTRICT COURT |
| REPLY TO ATTN OF: | Mary Clapp | **memorandum** |
| SUBJECT: | Possibly Related Case | |
| | CASE NUMBER: 1:11-cv-1038 | FILED - GR |
| | CASE CAPTION: Crehan v. Davis et al | September 29, 2011 10:58 AM |
| | | TRACEY CORDES, CLERK |
| | | U.S. DISTRICT COURT |
| | | WESTERN DISTRICT OF MICHIGAN |
| | | BY: /sj/   SCANNED BY: Aws, 10-3 |

TO: Magistrate Judge Scoville

According to the Civil Cover Sheet the attorney of record indicates this case is related to the cases listed below:

Judge Paul L. Maloney        Case Number 1:09-cv-280

Case Number _____

Case Number _____

✓ Case is related        ___ Case is not related

Pursuant to Local Civil Rule 3.3(d)(iii)(A), civil cases are deemed related when a filed case:

___ (1) relates to property involved in an earlier numbered pending suit

✓ (2) arises out of the same transaction or occurrence and involves one or more of the same parties as a pending suit

___ (3) involves the validity or infringement of a patent already in suit in any pending earlier numbered case

___ (4) is a refiling of an earlier case that was dismissed or remanded to state court

COMMENTS BY MAGISTRATE JUDGE: _____

_____

Dated: 9-28-2011          _____
                           Signature

✓ Direct assignment performed        ____        9-29-11
___ Random assignment performed      Initials     Date

9/06