UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

MATTHEW J. CREHAN,

    Plaintiff,                                    Case No. 1:11-cv-1038

v.                                             Hon. Paul L. Maloney

JAMES DAVIS et al,

                                                 **ORDER TO PROCEED IN FORMA PAUPERIS**

    Defendants.
_____/

    IT IS ORDERED that plaintiff in the above-entitled proceeding may commence this action without prepayment of fees or costs or security therefor.  Any pleadings herein served by the United States Marshal shall be at the expense of the United States government.  All costs shall be reimbursed to the United States should the plaintiff prevail.

    IT IS FURTHER ORDERED that plaintiff shall serve upon defendants or, if appearance has been entered by an attorney, upon the attorney, a copy of every further pleading or other document submitted for consideration by the Court.  The plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the date a true and correct copy of any document was mailed to defendants or the attorney(s).  Any paper received by a District Judge or Magistrate Judge which has not been filed with the Clerk or which fails to include a certificate of service will be disregarded by the Court.


Dated:   10/3/2011
ald                                                       /s/ Joseph G. Scoville
                                                           United States Magistrate Judge