UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW J. CREHAN,

    Plaintiff,                              Case Nos. 1:09-cv-280; 1:11-cv-1038

v.                                             HONORABLE PAUL L. MALONEY

JAMES DAVIS, ET AL.,

    Defendants.

_____/

**<u>ORDER</u>**

       IT IS HEREBY ORDERED that this matter is referred to Magistrate Judge Ellen S. Carmody solely for the purpose of appointment of counsel and related procedural matters pursuant to the *Pro Bono* Plan of the United States District Court for the Western District of Michigan. <u>See</u> W.D. Mich. Admin. Order Nos. 03-003 and 07-003. The final pretrial conference and trial dates are canceled pending further order of the court.

    **IT IS SO ORDERED**.

Date: December 23, 2013                              /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                           Chief United States District Judge