UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MATTHEW J. CREHAN,

      Plaintiff,                                     Case No. 1:09-cv-00280

v.                                                    Hon. Paul L. Maloney

JAMES DAVIS ET AL.,

                                               **ORDER APPOINTING COUNSEL**

      Defendants.

      Plaintiff being in need of counsel to assist in this matter, and the Court having determined that appointment of counsel would be in the interest of justice under the Court's *Pro Bono* Appointment Plan:

      IT IS HEREBY ORDERED that Dan Manville, of the Michigan State University College of Law, Civil Rights Clinic, 610 Abbott Rd., East Lansing, MI 48823, is appointed as counsel for Plaintiff in this matter.  Attorney Manville shall represent Plaintiff with student assistance provided from the Civil Rights Clinic.  Plaintiff may seek reimbursement from the cost reimbursement fund for costs and expenses pursuant to the *Pro Bono* Plan guidelines.  If Plaintiff prevails in this matter and receives an award of costs or attorney's fees, first priority shall be given to reimbursing funds received from the cost reimbursement fund.

      IT IS FURTHER ORDERED that the court will schedule a status/scheduling conference to be conducted after a 60 day stay of proceedings.  A notice from the presiding or referral judge in this matter will enter regarding that conference.

Date:  January 8, 2014                                             /s/ Ellen S. Carmody
                                                                          ELLEN S. CARMODY
                                                                        United States Magistrate Judge