UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED - GR
October 16, 2014 4:25 PM
TRACEY CORDES, CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY _ mkc /_____   SCANNED BY /__ 10/17/14

Matthew-Joseph: Crehan,
    Plaintiff,

v

Hon. Paul L. Maloney

Case No. 1:09-cv-280
Case No. 1:11-cv-1038

James Davis, Police Officer, sued in his official capacity;
Daniel Shaw, Chief of Police, sued in his individual and official capacities;
City of Norton Shores, sued in its official capacity;
Central Towing Services, LLC., &
Edward L. Higgins,
    Defendants.

**STIPULATION AND ORDER STRIKING SECOND AMENDED COMPLAINT
STRIKING ORDER SETTING ASIDE ENTRIES OF DEFAULT
and REINSTATING PREVIOUSLY ENTERED ENTRIES OF DEFAULT**

### Stipulation

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff, Matthew Joseph Crehan, and defendants James Davis, Daniel Shaw, and City of Norton Shores that the second amended complaint filed on March 20, 2014, be stricken from the record.

Dated: October 10, 2014

By: _____
Matthew-Joseph: Crehan, in pro per

Dated: October 14, 2014

PLUNKETT COONEY

By: _____
Michael S. Bogren (P34835)
Attorney for Defendants
James Davis, Daniel Shaw, and
City of Norton Shores